UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:24-cv-02366-JVS(ADSx) | Date | May 7, 2025 |
|---|---|---|---|
| Title | Clearcover Insurance Agency, LLC v. Donatus Ojinnaka et al | | |

| Present: The Honorable | **James V. Selna, US District Court Judge** |
|---|---|

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court ORDERS plaintiff(s), to Show Cause (OSC) in writing no later than **May 16, 2025** why this action should not be dismissed for lack of prosecution as to the defendant.  As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

  **X   Plaintiff's  filing of a motion(s)/application(s) for entry of default judgment**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.  Fed. R. Civ. P. 4(m)   The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1

**IT IS SO ORDERED**