# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clearcover Insurance Agency, LLC, | Case No.: 8:24-cv-02366-JVS-ADS |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | |
| Donatus Ojinnaka and Florence Ojinnaka, husband and wife; Ikenna Ojinnaka, and Jane Doe Ojinnaka, husband and wife, Hugo and Jane Doe Alvarez, Husband and Wife, and Does I-5, | |
| Defendants. | |

Upon application by Plaintiff Clearcover Insurance Agency, LLC for default judgment and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Default judgment is entered in favor of Plaintiff Clearcover Insurance Agency, LLC and against Defendants Donatus Ojinnaka, Florence Ojinnaka, Ikenna Ojinnaka, and Hugo Alvarez.

2. The Court declares that under Clearcover Automobile Policy No. 11101A00018744-08, Plaintiff Clearcover:

a. Has no duty to defend any of the Defendants in connection with the accident that occurred on or about May 30, 2023, involving a 2012 Nissan Altima;

b. Has no duty to indemnify any of the Defendants for claims arising from the referenced incident.

3. This judgment resolves all claims asserted in the Complaint for Declaratory Judgment.

4. Plaintiff does not seek and is not awarded attorney fees and costs. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 06, 2025.

_____
**Honorable James V. Selna**
United States District Judge